UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MELISSA CALVILLO, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | Civil Action No. 14-cv- 03306 |
| v. | ) | |
| | ) | Honorable John J. Tharp, Jr. |
| MIDLAND FUNDING, LLC and | ) | |
| MIDLAND CREDIT | ) | Magistrate Judge Jeffrey T. Gilbert |
| MANAGEMENT, INC., | ) | |
| | ) | |
| DEFENDANTS. | ) | **Jury Demanded** |

## PLAINTIFF'S MOTION FOR JUDGMENT ON REASONABLE ATTORNEYS FEES AND COSTS

NOW COMES Plaintiff Melissa Calvillo, by and through her attorneys, who pursuant to Federal Rule of Civil Procedure 68 and Local Rule 54.3, respectfully state as follows:

1. On August 19, 2014, Defendants transmitted to Plaintiff an offer to allow judgment to be entered against them and in favor of Plaintiff for $1,001.00 in statutory damages plus reasonable attorneys' fees and costs.

2. On August 28, 2014, Plaintiff accepted Defendant's offer of judgment. (Dkt # 29).

3. On September 2, 2014, this honorable Court entered judgment for Plaintiff in the amount of $1,001.00 and ordered parties to confer on reasonable attorneys fees and costs. (Dkt # 31).

4. Parties conferred by telephone and electronic mail, and on November 17, 2014 agreed upon an amount of $5,899 for reasonable attorneys fees and costs. (Exhibit A, Parties' agreement).

WHEREFORE, based on the foregoing, Plaintiff requests the Court to enter judgment in the amount of $5,899 as reasonable attorneys fees and costs, thereby closing this matter, and/or for any other or further relief this Court deems just.

Respectfully submitted,

By:    /s/ Bryan Paul Thompson

Michael Wood
Andrew Finko
Bryan Thompson
***Wood Finko & Thompson P.C.***
73 W. Monroe Street, Suite 514
Chicago, IL 60603
Ph: (312)757-1880
Fx: (312)265-3227

## CERTIFICATE OF SERVICE

I, Bryan Paul Thompson, an attorney, hereby certify that on January 2, 2015, I electronically filed the foregoing Motion using the CM/ECF system, which will send notification of such filing to all registered participants on the system.

Respectfully submitted,

By:   /s/ Bryan Paul Thompson

Michael Wood
Andrew Finko
Bryan Thompson
*Wood Finko & Thompson P.C.*
73 W. Monroe Street, Suite 514
Chicago, IL 60603
Ph: (312)757-1880
Fx: (312)476-1362
mwood@woodfinkothompson.com
afinko@woodfinkothompson.com
bthompson@woodfinkothompson.com